IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Phillip Bond, | : | |
|     Plaintiff | : | Civil Action 2:12-cv-00485 |
| v. | : | Judge Marbley |
| Sam's East, Inc., | : | Magistrate Judge Abel |
|     Defendant | : | |

# Order

This case has been reported as settled. The mediation set for December 13, 2012 is CANCELLED. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, Donald Keller, 100 South Third Street, Columbus, Ohio 43215.

Counsel are DIRECTED to file a dismissal entry within thirty (30) days of the date of this Order.

s/Mark R. Abel
United States Magistrate Judge